**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12185

Non-Argument Calendar

_____

CRYSTAL MAYE,

*Trustee,*

*Plaintiff-Appellant,*

*versus*

BREVARD COUNTY TAX COLLECTOR,

OCEAN TAX DEED INVESTMENT LLC,

BREVARD COUNTY SHERIFF DEPARTMENT,

*Defendants-Appellees.*

_____

Appeal from the United States District Court

for the Middle District of Florida

D.C. Docket No. 6:24-cv-01343-WWB-DCI

_____

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

2                    Opinion of the Court                    25-12185

This appeal is DISMISSED, sua sponte, for lack of jurisdiction because it is not taken from a final or immediately appealable order.

Crystal Maye, pro se, filed a notice of appeal designating a report and recommendation entered by a magistrate judge on April 17, 2025. The district court has not taken any action on that recommendation. A magistrate judge's recommendation that has not been adopted or otherwise rendered final by the district court at the time the notice of appeal is filed is not final and appealable. *See Perez-Priego v. Alachua Cnty. Clerk of Ct.*, 148 F.3d 1272, 1273 (11th Cir. 1998); 28 U.S.C. § 1291.

All pending motions are DENIED as moot.